UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Chaim Landau, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Contract Caller, Inc.,

                Defendant.

Case No: 1:20-cv-00767-LDH-VMS

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the individual claims in the above-captioned action are voluntarily dismissed with prejudice and the class claims without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 29, 2020

| **KAUFMAN DOLOWICH & VOLUCK LLP** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By:   <u>/s Adam Marshall</u><br>Adam Marshall, Esq.<br>135 Crossways Park Drive, Suite 201<br>Woodbury, New York 11797<br>Tel: (516) 681-1100<br>*Attorneys for Defendant* | By:   <u>/s Craig B. Sanders</u><br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500 Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *ConsumerRights@BarshaySanders.com*<br>Our File No: 119019<br>*Attorneys for Plaintiff* |

SO ORDERED:

 s/ LDH            June 30, 2020
_____
Honorable LaShann DeArcy Hall, U.S.D.J.